STATE of Maine

v.

Charles PRATT.

Supreme Judicial Court of Maine.

Argued Nov. 19, 1984.

Decided Nov. 27, 1984.

Janet T. Mills, Dist. Atty. (orally), Auburn, for plaintiff.

Gaston M. Dumais (orally), Lewiston, for defendant.

Before McKUSICK, C.J., and NICHOLS, ROBERTS, VIOLETTE, WATHEN and GLASSMAN, JJ.

MEMORANDUM OF DECISION.

Charles Pratt appeals from his conviction in Superior Court, Androscoggin County, of burglary, 17–A M.R.S.A. § 401. Pursuant to M.R.Crim.P. 52(b), Pratt alleges the trial court committed obvious error in instructing the jury. We disagree. Reading the instructions in their entirety, we find no obvious error or defect affecting Pratt's

substantial rights. *State v. Smith*, 472 A.2d 948, 950–51 (Me.1984).

The entry is:

Judgment affirmed.

All concurring.